# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-00107-JPB**
**Nance v. Ward et al**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 12/05/2023.

TIME COURT COMMENCED: 12:45 P.M.
TIME COURT CONCLUDED: 1:20 P.M.          COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:35                      DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

**ATTORNEYS PRESENT:**
Anna Arceneaux representing Michael Wade Nance
Victoria Hellstrom representing Michael Wade Nance
John Hutchins representing Michael Wade Nance
Andres Lopez-Delgado representing Michael Wade Nance
Jacqueline Menk representing Michael Wade Nance
Sabrina Graham representing Antoine Caldwell, Benjamin Ford, Shawn Emmons, Tyrone Oliver

**PROCEEDING CATEGORY:** Status Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:** The Court heard from counsel. Parties estimated 4-5 days for trial. The Court discussed trial dates that would work with coordinating expert witness testimony. The Court specially set this case for a bench trial on Monday, May 20, 2024 at 9:00 AM and reserved ruling on the motion to exclude. The Court also discussed the discovery dispute with the parties

**HEARING STATUS:** Hearing Concluded

**ADDL HEARING SCHEDULED:** Bench Trial set for May 20, 2024 at 9:00 AM in Courtroom 1908.